1

2

3

4

5

6

7

8                       IN THE UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CESARE REDMOND,

11          Plaintiff,                        No. CIV S-07-0021 MCE EFB P

12          vs.

13   W.A. RODRIGUEZ, et al.,

14          Defendants.                       <u>ORDER</u>

15   _____/

16          Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations.

17   *See* 42 U.S.C. § 1983.  He requests an extension of time to file an application to proceed *in*

18   *forma pauperis*.  *See* Fed. R. Civ. P. 6(b).

19          Plaintiff's February 15, 2007, request is granted and plaintiff has 30 days from the date

20   this order is served to file an application to proceed *in forma pauperis*.

21          So ordered.

22   Dated:   February 22, 2007.

23                                            _____
                                              EDMUND F. BRENNAN
24                                            UNITED STATES MAGISTRATE JUDGE

25

26