1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CESARE REDMOND,

11              Plaintiff,                No. 07-cv-00021-ALA P

12        vs.

13   W.A. RODRIGUEZ, et. al.,

14              Defendants.              <u>ORDER</u>

15   _____/

16        Plaintiff Cesare Redmond has requested an extension of time to file an amended

17   complaint pursuant to the court's order of August 17, 2007.  Good cause appearing, IT IS

18   HEREBY ORDERED that:

19        1.    Plaintiff's October 19, 2007 request for an extension of time is granted; and

20        2.    Plaintiff is granted thirty-five (35) days from the date of this order in which to file

21              an amended complaint.

22   /////

23   DATED: November 1, 2007

24
                          <u>/s/ Arthur L. Alarcón</u>
25                        UNITED STATES CIRCUIT JUDGE
                          Sitting by Designation
26

1