IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CESARE REDMOND,

     Plaintiff,                         No. 07-cv-00021-ALA P

     vs.

W.A. RODRIGUEZ, et. al.,

     Defendants.                  <u>ORDER</u>

_____/

     On November 2, 2007, this court granted Plaintiff Cesare Redmond a thirty-five day extension of time to file an amended complaint pursuant to the court's August 17, 2007, order. On November 20, 2007, the court received from Plaintiff a motion for an extension of time to file an amended complaint up to and including November 23, 2007. This motion will be denied as moot given that Plaintiff has until December 6, 2007, to file his amended complaint under the court's November 20, 2007, order.

     Therefore, IT IS HEREBY ORDERED that Plaintiff's November 20, 2007, motion for an enlargement of time is denied as moot.

DATED: November 28, 2007

                                               /s/ Arthur L. Alarcón
                                             UNITED STATES CIRCUIT JUDGE
                                             Sitting by Designation