IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CESARE REDMOND,

      Plaintiff,                              No. CIV S-07-0021 MCE EFB P

      vs.

W.A. RODRIGUEZ, et al.,

      Defendants.                        <u>ORDER</u>

_____/

      Plaintiff is a prisoner without counsel seeking relief for civil rights violations. *See* 42 U.S.C. § 1983. On August 17, 2007, the court dismissed plaintiff's application to proceed *in forma pauperis* with leave to amend. The court found that the trust account statement appended to his *in forma pauperis* application represented account activity dating back only three months before the date he filed his complaint, rather than the required six months. *See* 28 U.S.C. § 1915(g). Petitioner has now filed another application to proceed *in forma pauperis*, yet this one is deficient in that it lacks a trust-account statement altogether.

      To proceed with a civil action a plaintiff must pay the $350 filing fee required by 28 U.S.C. § 1914(a) or request leave to proceed *in forma pauperis* and submit the affidavit and trust account statement required by 28 U.S.C. § 1915(a). Plaintiff has neither paid the fee nor submitted a proper application for leave to proceed *in forma pauperis*.

1

Accordingly, IT IS HEREBY ORDERED that plaintiff has 30 days from the date this order is served in which to file a completed *in forma pauperis* application, including a certified copy of his trust-account statement for the six-month period immediately preceding the filing of his complaint. The Clerk of the Court is directed to mail to plaintiff a form application for leave to proceed *in forma pauperis*. Failure to comply with this order will result in a recommendation that this action be dismissed.

Dated: May 27, 2008.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE