IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CESARE REDMOND,

      Plaintiff,                          No. CIV S-07-0021 MCE EFB P

      vs.

W.A. RODRIGUEZ, et al.,

      Defendants.                    <u>FINDINGS AND RECOMMENDATIONS</u>

                                    /

      On January 17, 2007, August 17, 2007, and again on May 27, 2008, the court ordered plaintiff to file a completed application to proceed in forma pauperis within 30 days and warned plaintiff that failure to do so would result in a recommendation that this action be dismissed.

      The 30-day period has expired. While plaintiff has filed a fourth application to proceed *in forma pauperis*, this one is deficient in that it does not cover the six-month period immediately preceding the filing of his complaint. Despite multiple warnings and over a year-and-a-half to comply, plaintiff appears unable or unwilling to do so.

      It therefore is RECOMMENDED that this action be dismissed without prejudice.

      These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, any party may file written

1

1  objections with the court and serve a copy on all parties. Such a document should be captioned
2  "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections
3  within the specified time may waive the right to appeal the District Court's order. *Turner v.*
4  *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
5  Dated: October 23, 2008.

       _____
       EDMUND F. BRENNAN
       UNITED STATES MAGISTRATE JUDGE