IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CESARE REDMOND,

    Plaintiff,                                No. CIV S-07-0021 MCE EFB P

    vs.

W.A. RODRIGUEZ, et al.,

    Defendants.                        FINDINGS & RECOMMENDATIONS

                            /

       Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On April 24, 2009, the court found that the amended complaint stated cognizable claims against defendants Rodriguez and Valadez. That order directed plaintiff to submit, within twenty days, the two USM-285 forms and three copies of the endorsed amended complaint required for the United States Marshal to serve defendants .

       The 20-day period has expired and plaintiff has failed to return the forms required to effect service or otherwise respond to the court's order.

       Accordingly, it is hereby RECOMMENDED that this action be dismissed.

       These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, any party may file written

1

1  objections with the court and serve a copy on all parties. Such a document should be captioned

2  "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections

3  within the specified time may waive the right to appeal the District Court's order. *Turner v.*

4  *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

5  Dated: June 8, 2009.

                               EDMUND F. BRENNAN
                               UNITED STATES MAGISTRATE JUDGE