IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CESARE REMOND,

    Plaintiff,                                No. CIV S-07-0021 MCE EFB P

    vs.

W.A. RODRIGUEZ, et al.,

    Defendants.                  ORDER

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On February 25, 2010, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 25, 2010, are adopted in full; and

2. Plaintiff's claims against defendants Scavetta, Park, Chirilio, and Motshenbacher are dismissed without prejudice.

Dated: April 21, 2010

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE